IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CARL C. FOSTER,

          Plaintiff,

v.                                      CIVIL ACTION NO.  2:20-cv-00708

KANAWHA-CHARLESTON HOUSING AUTHORITY, et al.,

          Defendants.

**ORDER**

    Before the Court is Plaintiff's Complaint. (ECF No. 2.) By standing order entered on January 4, 2016, and filed in this case on October 27, 2020, (ECF No. 3), this action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings and a recommendation for disposition ("PF&R"). Magistrate Judge Tinsley entered his PF&R on February 11, 2021, recommending this Court dismiss Plaintiff's Complaint for failure to state a claim. (ECF No. 9.)

    This Court is not required to review, *de novo* or under any other standard, factual or legal conclusions contained within the PF&R to which no specific objections were addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and Plaintiff's right to appeal this Court's order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984). In addition, this Court need not conduct a *de novo* review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982).

Objections to the PF&R in this case were due on March 1, 2021. (*See* ECF No. 9.) While Plaintiff filed a document titled "Objection" prior to March 1, 2021—the contents of this filing do not raise any specific objections to the PF&R. (ECF No. 10.) Thus, the Court need not conduct a *de novo* review of these objections as they do not direct the Court to a specific error in the PF&R. *See Orpiano*, 687 F.2d at 47. Accordingly, the Court **ADOPTS** the PF&R, (ECF No. 9), and **DISMISSES** Plaintiff's Complaint, (ECF No. 2), for failure to state a claim upon which relief may be granted. The Clerk is **DIRECTED** to **REMOVE** this case from the active docket of the Court.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

    ENTER:    September 29, 2021

_____
THOMAS E. JOHNSTON, CHIEF JUDGE